STATE OF NEW JERSEY v. STEPHEN MUNIZ.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LAMONT WALKER.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. AUGUSTIN MUSTELIER.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS A. HODGSON.

October 4, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. STEPHEN FIRKO.

October 4, 1988.

Petition for certification denied.